**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  TRANSFER OF DUTIES OF | : | No. 619 |
| THE OFFICE OF JUDICIAL RECORDS, | : | |
| FIRST JUDICIAL DISTRICT OF | : | JUDICIAL ADMINISTRATION DOCKET |
| PENNSYLVANIA | : | |
| | : | |

ORDER

**AND NOW**, this 20th day of June, 2024, pursuant to Article V, Section 10(a) of the Constitution of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that all powers and duties of the Prothonotary of Philadelphia and Clerk of Quarter Sessions of Philadelphia, currently vested in the Office of Judicial Records of the First Judicial District of Pennsylvania by Orders of this Court, be transferred from the Trial Division to the Office of Court Administration. This Order and Caption supersede the Order dated September 30, 2013 entered on this docket.